IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JULIE SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 3: 10-cv-00104 |
| | ) | |
| | ) | |
| ALDI INC. MT. JULIET COMPLEX | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR REFERRAL FOR A SETTLEMENT CONFERENCE**

Come now, the parties, jointly, and submit this Motion for Referral for a Settlement Conference. They show:

1. Following the Plaintiff's Complaint, the parties engaged in informal settlement discussions.

2. At this juncture, the parties believe that a settlement conference with Magistrate Judge Brown would be useful in resolving this case.

3. When speaking with Judge Brown's courtroom deputy, the parties understand that Magistrate Brown could conduct a settlement conference on May 20, 2010.

4. Accordingly, the parties respectfully request this Court refer this matter to a settlement conference with Judge Brown on May 20, 2010.

*[handwritten notation: ORDER — This motion is GRANTED. [signature] 4-19-10]*