```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

JULIE SHELTON,                    )
                                  )
    Plaintiff                    )
                                  ) No. 3:10-0104
v.                                ) Judge Haynes/Brown
                                  )
ALDI INC. MT JULIET COMPLEX,      )
                                  )
    Defendant                    )

## O R D E R

        A settlement conference was held in this matter on May 20, 2010. The parties were able to reach an agreement satisfactory to both sides. The parties are directed to file the necessary papers with Judge Haynes terminating this case within **30 days**.

        It appears that nothing further remains to be done by the Magistrate Judge and the **Clerk** is therefore directed to return the file to Judge Haynes.

        It is so **ORDERED**.

                                              /s/ Joe B. Brown
                                              JOE B. BROWN
                                              United States Magistrate Judge