IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JULIE SHELTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No: 3: 10-cv-00104 |
| ALDI INC. MT. JULIET COMPLEX | ) ) ) | JURY DEMANDED |
| Defendant. | ) | |

## ORDER ON STIPULATION OF VOLUNTARY DISMISSAL

WHEREAS the parties, by and through their designated counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate they have fully and finally compromised and settled all disputes between them and that this action should be dismissed with prejudice;

IT IS THEREBY ORDERED that this action be, and the same is hereby, dismissed with prejudice.

Date: 5-26-10

_____
Judge William J. Haynes

Copies to:

Justin S. Gilbert (TN 017079)  
Attorney for the Plaintiff  
GILBERT RUSSELL MCWHERTER PLC  
101 North Highland  
Jackson, TN 38301  
Telephone: (731) 664-1340  
Facsimile: (731) 664-1540  
Email: jgilbert@gilbertfirm.com

Patricia L. Mehler (Illinois Bar No. 06209500)  
Admission *Pro Hac Vice*  
131 South Dearborn Street, Suite 2400  
Chicago, IL 60603-5577  
Telephone: 312-460-5000